IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CR NO. 09-219 (PLF) |
| : | |
| **ROBERT NIELS KRAAIPOEL,** : | |
| a/k/a **NIELS KRAAIPOEL,** : | |
| : | |
| **Defendant.** : | |

**UNOPPOSED MOTION FOR TRANSPORTATION EXPENSES**

Defendant, Niels Kraaipoel, hereby moves this Court to authorize and direct the United States Marshal to make transportation arrangements designed to bring Mr. Kraaipoel from his home in the Netherlands, to the next court date in the above captioned case, and to return him at the conclusion of the hearing. Government counsel, Assistant United States Attorney Ann Petalas, was contacted and indicated that she does not oppose this motion.

Mr. Kraaipoel has previously been determined to be financially unable to obtain retained counsel and to qualify for court appointed counsel. Pursuant to 18 U.S.C. § 4285, this Court may

> direct the United States Marshal to arrange for [a defendant financially unable to provide transportation] means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required.

Accordingly, Mr. Kraaipoel respectfully requests that the Court enter the attached Order directing the Marshal to make appropriate arrangements to facilitate his appearance in court for the plea hearing on September 24, 2009 at 10:15 a.m. and his return to the Netherlands after his appearance.

Respectfully submitted,

_____"/s/"_____
A.J. KRAMER
Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500