*SPANGENBERG onderzoek, advies en begeleiding*

**confidential**

Statement on

Niels Kraaipoel

Amstelveen, 18 May 2012

L.S.,

Already on 21 January 2008, for an interrogation of Niels Kraaipoel on January 28 in Dublin, I formulated the following declaration:

"Niels Kraaipoel is recovering from a burnout, with which he was reported sick on 8 October 2007. His recovery has been delayed, because of difficulties of releasing himself from the company and from the aftermath of the events in the recent months: for himself and for his parents. Because of the family connection, he feels very much involved, to the company and the events. The fact that he does not feel free to start afresh, paralyzes him. Besides the typical lack of energy in this syndrome are the memory- and attention-problems.

In connection with delayed recovery, still needs to be taken into account, a limited load-bearing capacity. Because of his fragile condition, it is likely that personal travel and an interrogation in foreign countries, will mean an attack on the condition of Niels Kraaipoel. This means that he will soon be exhausted, in which condition the pre-mentioned disorders emerge stronger as the fatigue increases. This travelling and interrogation will also take very much energy and delay his recovery from the burnout."

From 21 January 2008, days in the which steps in the direction of a closure of the process could be made, were mentioned repeatedly. But these days could also just as hard again been shifted. In this situation it was hardly possible for Niels, to do any planning or get some control over his own life.

Tensions often could ran high and in these moments he was overwhelmed by complaints of nervous tension. Besides a degree of depression and apathy, his head was crowded, he had often stomach and back pain and he could become quickly overtired.

Because of the publications on the Internet, it was impossible for him to find a job. Through this publications, his professional life in recent years has therefore completely stalled.

SPANGENBERG onderzoek, advies en begeleiding

In this situation, in which he felt trapped in developments that he had no control over, the focus was shifted to survive. His relationship broke up, and so not only his professional life but also his personal life fell apart by the very long period of tension and uncertainty.

In this stressful situation it was particularly difficult to find a way up from the valley of the burnout. Niels has tried to pull the initiative towards himself by performing work for some time on a voluntary basis  and he has also endeavored to improve his condition through exercise. · Gradually he learned not to lose himself in his work and he is more live for themselves.

Because of the fact that his applications did not lead to any paid job, at the end of 2010 he picked up the glove to put energy in his own composting company. But here also he is haunted by the past, which in turn gives rise to an extra amount of stress. For example, it has proved impossible to gain any funding.

Despite all the setbacks, Niels now seems to be able to find the energy, that is necessary to continue building his company. But it remains difficult to find the way up in these stressful circumstances.

It is clear that building a company cost a lot of energy, that can only be realized by keeping in mind the perspective and the builded handhold for the future. It is likely that a prolonged absence from the company will cancel out all the efforts of recent years and that Niels as a person, will fall back to the bottom of his energy, which he had just started to escape.

Sincerely,

Wim Spangenberg
PSYCHOLOOG NIP